UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL CASE NO. |
| CHAD MONTRELLE COHEN, | 1:26-MJ-0543-LRS |
| Defendant. | |

**ORDER**

This case is before the Court on the Magistrate Judge's Report and Recommendation ("R&R"). (Doc. 13.) A district judge has broad discretion to accept, reject, or modify a magistrate judge's proposed findings and recommendations. *United States v. Raddatz*, 447 U.S. 667, 680 (1980). No objections have been filed in response to the Magistrate Judge's Report and Recommendation. In accordance with 28 U.S.C. § 636(b)(1) and Rule 59 of the Federal Rules of Criminal Procedure, the Court has reviewed the Magistrate Judge's R&R for clear error and finds none. The Court **ADOPTS** the Magistrate Judge's R&R as the order of the Court. Defendant's motion to dismiss is **GRANTED IN PART and DENIED IN PART**. (Doc. 11.) This case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this 22nd day of September, 2026.

SARAH E. GERAGHTY
United States District Judge